# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 6 WAL 2022

Respondent

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.

BRANDON LEE HUMPHREY,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 7 WAL 2022

Respondent

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.

BRANDON HUMPHREY,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 8 WAL 2022

Respondent

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.

BRANDON HUMPHREY,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 9 WAL 2022

Petitioner

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.

BRANDON HUMPHREY,

    Respondent

COMMONWEALTH OF PENNSYLVANIA, : No. 10 WAL 2022

    Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

    v.

BRANDON HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 11 WAL 2022

    Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

    v.

BRANDON LEE HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 12 WAL 2022

    Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

    v.

BRANDON HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 13 WAL 2022

    Respondent

[6 WAL 2022, 7 WAL 2022, 8 WAL 2022, 9 WAL 2022, 10 WAL 2022, 11 WAL 2022, 12 WAL 2022, 13 WAL 2022, 14 WAL 2022 and 15 WAL 2022] - 2

|  | : | Petition for Allowance of Appeal |
|  | : | from the Order of the Superior Court |

v.                                          :
:
:
BRANDON LEE HUMPHREY,                        :
:
Petitioner                              :

COMMONWEALTH OF PENNSYLVANIA,                 :   No. 14 WAL 2022
:
Respondent                               :
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.                                          :
:
:
BRANDON HUMPHREY,                            :
:
Petitioner                              :

COMMONWEALTH OF PENNSYLVANIA,                 :   No. 15 WAL 2022
:
Respondent                               :
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.                                          :
:
:
BRANDON HUMPHREY,                            :
:
Petitioner                              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.